# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Passaran Noori Construction Company ) | ASBCA No. 60847 |
| ) | |
| Under Contract No. W91B4M-07-C-7172 ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Haji Mohammad Arif
                                   Director

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
                                     Army Chief Trial Attorney
                                     CPT Matthew A. Freeman, JA
                                     Trial Attorney

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

On 14 October 2016 the Board docketed appellant's notice of appeal. By Order dated 10 January 2017, appellant was ordered, within 21 days, to either file a complaint or show cause why the appeal should not be dismissed for failure to prosecute. Appellant received the Show Cause Order on 10 January 2017, but has not responded. Appellant likewise had failed to respond to a 23 November 2016 Board Order directing it to file a complaint or file for an extension to do so. Accordingly, this appeal is dismissed with prejudice under Board Rule 17.

Dated: 9 February 2017

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60847, Appeal of Passaran Noori Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2